UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

IN RE: FRANK EDWARD EATON  
ADELA VASQUEZ EATON  
**DEBTORS**

CASE NO: 13-15-12439 TL

## MOTION TO DISMISS

The Standing Chapter 13 Trustee, Kelley L. Skehen, respectfully requests the Court enter an order dismissing the above captioned Chapter 13 case. In support of her request, the Trustee states as follows:

1. A voluntary petition commencing this case was filed on September 14, 2015.

2. There is cause for dismissal, as follows:

3. The Debtors have failed to timely file a Chapter 13 plan.

4. The Debtors have failed to file Schedules A-J, Statement of Financial Affairs, and/or Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income.

5. The Debtors have failed to cooperate with the Trustee and/or provide the Trustee with requested financial documents and information pursuant to §521a)(3) and (4).

WHEREFORE, the Chapter 13 Trustee requests that the Court enter an order granting the relief requested above and granting such other and further relief as the Court may deem just and proper.

KELLEY L. SKEHEN  
STANDING CHAPTER 13 TRUSTEE

Electronically filed/Kelley L. Skehen/je

Kelley L. Skehen  
625 SILVER SW, SUITE 350  
ALBUQUERQUE, NM 87102  
(505) 243-1335 fax (505) 247-2709  
orders@ch13nm.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

IN RE: FRANK EDWARD EATON  CASE NO: 13-15-12439 TL
ADELA VASQUEZ EATON  JUDGE: DAVID T. THUMA
**DEBTORS**

### CERTIFICATE OF SERVICE

I CERTIFY that the foregoing was electronically filed with the Court via the CM/ECF system. All attorneys and parties identified with the Court for electronic service on the record in this case were served by electronic service in accordance with the CM/ECF system on the date of filing. I certify that the foregoing was mailed by first class mail, to the Debtors and the following parties at the address(es) below on October 13, 2015 .

ADELA VASQUEZ EATON
4966 MODOC TRAIL
LAS CRUCES, NM  00000

FRANK EDWARD EATON
4966 MODOC TRAIL
LAS CRUCES, NM  88011

SMIDT, REIST & KELEHER P.C.
WILLIAM R. KELEHER ESQ.
4811 A-HARDWARE DRIVE NE SUITE 4
ALBUQUERQUE, NM  87109